IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KAREN ANDERSON, *et al.*, )<br>　　　　　　　Plaintiffs, )<br>　　　v. )<br>　　　　　　　　　　　　　　)<br>SAMUEL I. WHITE, P.C., )<br>　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　) | Civil Action No. 3:13-cv-0419-REP |

**AMENDED RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE
A MOTION FOR SUMMARY JUDGMENT ON COUNT II OF PLAINTIFFS'
AMENDED COMPLAINT A LATER DATE**

　　COMES NOW the Plaintiffs, by counsel, to consent to Defendant's motion to file a second, additional motion for summary judgment at a later point in time in this case. (Doc. 36.) Normally, a party is entitled to one motion pursuant to Fed. R. Civ. P. 56. The parties have been in contact regarding this request prior to and after Defendant filed its motion for leave file a second motion for summary judgment. After meeting and conferring on the matter, and considering the Defendant's reasons for seeking leave, the Plaintiffs have consented to a second motion for summary judgment with Defendant's agreement that Defendant's memoranda in support of each motion be limited to twenty pages, Plaintiff's responses would be limited to twenty pages and the Defendant's replies would be limited to fifteen pages.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KAREN ANDERSON, *et al*.

　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　Kristi Cahoon Kelly, Esq. (VSB #72791)
　　　　　　　　　　　　　　　　　　Andrew J. Guzzo, Esq. (VSB #82170)

1

Kelly & Crandall PLC
4084 University Drive, Suite 202-A
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

Leonard Anthony Bennett, Esq. (VSB #37523)
Susan Mary Rotkis, Esq. (VSB #40693)
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Matthew James Erausquin, Esq. (VSB #65434)
Consumer Litigation Associates PC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
703-273-6080
Fax: 888-892-3512
Email: matt@clalegal.com

Dale Wood Pittman, Esq. (VSB #15673)
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of March 2014 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

John C. Lynch, VSB No. 39267
Maryia Y. Jones, VSB No. 78645
Troutman Sanders LLP
222 Central Park Ave., Ste. 2000
Virginia Beach, VA 23462
Tel. 757-687-7765
Fax. 757-687-1504
Email: john.lynch@troutmansanders.com
Email: maryia.jones@troutmansanders.com
*Counsel for the Defendant*

           /s/
Leonard A. Bennett, Esq. (VSB#37523)
Susan Mary Rotkis, Esq. (VSB #40693)
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com