IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN ANDERSON, *et al.*,    )
          Plaintiffs,    )
v.    )    Civil Action No. 3:13-cv-0419-REP
    )
SAMUEL I. WHITE, P.C.,    )
    )
          Defendant.    )
    )

**PLAINTIFFS' STATUS REPORT**

    The Plaintiffs, by counsel, pursuant to the scheduling order in this matter, hereby report that despite their good faith effort to comply with paragraph 3 of the Court's Order (Doc. 13) to set a time to meet in person in an attempt to settle the matter, they have been unable to obtain a date certain from the Defendant. Despite Plaintiffs' diligent requests for dates convenient to the Defendant and on which the Magistrate Judge made available, the Defendant has not responded with either a date certain or alternative dates convenient to parties and the court.

                Respectfully submitted,

                KAREN ANDERSON, *et al*.

                   /s/                   
                Leonard Anthony Bennett, Esq. (VSB #37523)
                Susan Mary Rotkis, Esq. (VSB #40693)
                Consumer Litigation Associates
                763 J Clyde Morris Boulevard, Suite 1A
                Newport News, VA 23601
                757-930-3660
                Fax: 757-930-3662
                Email: lenbennett@clalegal.com
                Email: srotkis@clalegal.com

                Kristi C. Kelly, Esq. (VSB #72791)

        Andrew J. Guzzo, Esq. (VSB #82170)
        Kelly & Crandall, PLC
        4084 University Drive, Suite 202A
        Fairfax, VA 22030
        Telephone: 703-424-7572
        Fax: 703-591-0167
        Email: kkelly@kellyandcrandall.com
        Email: aguzzo@kellyandcrandall.com

        Matthew James Erausquin, Esq. (VSB #65434)
        Consumer Litigation Associates PC
        1800 Diagonal Road, Suite 600
        Alexandria, VA 22314
        703-273-6080
        Fax: 888-892-3512
        Email: matt@clalegal.com

        Dale Wood Pittman, Esq. (VSB #15673)
        The Law Office of Dale W. Pittman, P.C.
        112-A W Tabb St
        Petersburg, VA 23803-3212
        (804) 861-6000
        Fax: (804) 861-3368
        Email: dale@pittmanlawoffice.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of March 2014 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

        John C. Lynch, VSB No. 39267
        Maryia Y. Jones, VSB No. 78645
        Troutman Sanders LLP
        222 Central Park Ave., Ste. 2000
        Virginia Beach, VA 23462
        Tel. 757-687-7765
        Fax. 757-687-1504
        Email: john.lynch@troutmansanders.com

Email: maryia.jones@troutmansanders.com
*Counsel for the Defendant*

    /s/
Susan Mary Rotkis, Esq. (VSB #40693)
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: srotkis@clalegal.com
    *Counsel for Plaintiffs*