IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN ANDERSON, *et al.*,

    Plaintiffs,

v.                                       Civil Action No. 3:13-cv-419 (REP/DJN)

SAMUEL I. WHITE, P.C., *et al.*,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Joint Motion to Approve Distributions for the settlement achieved in this matter. Upon consideration of the parties' joint representations, and for good cause shown, it is hereby:

ORDERED that the distributions to the Plaintiffs in this matter attached as Exhibit 1 to the parties Joint Motion to Approve Distributions is determined to be fair, reasonable and appropriate given the allegations in the Amended Complaint and negotiations entered into on behalf of the Plaintiffs.

**IT IS SO ORDERED.**

ENTERED THIS \_\_\_\_ DAY OF MAY, 2014

/S/
David J. Novak
United States Magistrate Judge

The Honorable David J. Novak

WE ASK FOR THIS:

_____
John C. Lynch (VSB No. 39267)
Maryia J. Jones (VSB No. 78645)
Counsel for Defendant Samuel I. White, P.C.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: maryia.jones@troutmansanders.com


_____
Kristi Cahoon Kelly (VSB No. 72791)
Andrew J. Guzzo (VSB No. 82170)
Counsel for Plaintiffs
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Direct: 703-424-7576
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

Matthew J. Erausquin (VSB No. 65434)
Janelle E. Mason (VSB No. 82389)
Casey S. Nash (VSB No. 84261)
Counsel for Plaintiffs
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
matt@clalegal.com
janelle@clalegal.com
casey@clalegal.com

Leonard A. Bennett (VSB No. 37523)
Susan M. Rotkis (VSB No. 40639)
Counsel for Plaintiffs
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
lenbennett@clalegal.com
srotkis@clalegal.com

Dale W. Pittman (VSB No. 15673)
Counsel for Plaintiffs
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel: (804) 861-6000
Fax: (804) 861-3368
dale@pittmanlawoffice.com