IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAREN ANDERSON, *et al.*,

    Plaintiffs,

v.                                  Civil Action No. 3:13-cv-419 (REP/DJN)

SAMUEL I. WHITE, P.C., *et al.*,

    Defendant.

## ORDER

Before the Court pursuant to Local Civil Rule 5 is the Joint Motion to File Documents by the parties, seeking to file certain documents under seal as part of their Joint Motion to Approve Distributions. The information sought to be sealed by the parties is confidential settlement information, which is essential to their Motion to Approve Distributions.

Having considered the applicable law in this Circuit and for the reasons stated in the parties' briefing, the Court GRANTS the Joint Motion to File Documents Under Seal and Orders that the Submission from the Parties to the Joint Motion to Approve Distributions remain under seal.

**IT IS SO ORDERED.**

ENTERED THIS 14 DAY OF MAY, 2014

/S/
David J. Novak
United States Magistrate Judge

The Honorable David J. Novak